## Joseph Lenhardt, Defendant in Error, v. Joseph Stein, Trading as Joseph Stein & Co., Plaintiff in Error.

### Gen. No. 18,296.

APPEALS AND ERRORS—*when case in municipal court is not properly preserved for review.* The proceedings at the trial of a case in the municipal court are not properly preserved for review when at the end of what purports to be a transcript of the evidence are merely the words "which was all of the evidence offered or adduced on the above trial," followed by the written name of the trial judge.

Error to the Municipal Court of Chicago; the Hon. HOSEA W. WELLS, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1912. Affirmed. Opinion filed March 25, 1913.

BYRON C. THORPE, for plaintiff in error.

STEDMAN & SOELKE, for defendant in error.

MR. JUSTICE BARNES delivered the opinion of the court.

The assignments of error in this case rest wholly

upon the proceedings had at the trial. They are not certified to. At the end of what purports to be a transcript of the evidence are the words "which was all of the evidence offered or adduced on the above trial," followed by the written name of the trial judge. This cannot be deemed a compliance with paragraph 6, section 23 of the Municipal Court Act, which designates how proceedings at the trial may be preserved for review.

Notwithstanding this irregularity which defendant in error urges upon our attention, we have reviewed the evidence and believe substantial justice was done.

The judgment is affirmed.

*Affirmed.*